UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**NANCY CAROLINA PEREZ**,

Plaintiff,

v.

**ERIC H. HOLDER, ET AL.**,

Defendants.

Case No. 15-cv-01444-YGR

**ORDER SETTING COMPLIANCE HEARING**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A compliance hearing regarding the stay of this action shall be held on Friday, September 4, 2015, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either: (a) a Joint Statement apprising the Court as to the status of proceedings in *Ramirez v. Dougherty*, No. 14-35633 and whether an extension of the stay in this matter is warranted; or (b) a one-page Joint Statement setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: June 29, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**