UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY CAROLINA PEREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>ERIC H. HOLDER, et al.,<br><br>    Defendants. | Case No.15-cv-01444-YGR<br><br>**ORDER LIFTING STAY; SETTING COMPLIANCE HEARING** |

On June 29, 2015, this Court stayed this case pending the completion of proceedings before the Ninth Circuit in *Ramirez v. Dougherty*, No. 14-35633. (Dkt. Nos. 18, 19.) On September 20, 2017, the parties submitted a joint statement which indicated that the Ninth Circuit had issued its mandate in *Ramirez*, giving effect to the Ninth Circuit's March 31, 2017 judgment. *See* Mandate, *Ramirez v. Dougherty*, No. 14-35633 (9th Cir. Jul. 28, 2017). The parties now agree that a stay in this matter is no longer warranted, and request that the Court lift the stay. (Dkt. No. 36.)

Accordingly, the Court hereby **LIFTS** the stay in this case. The parties file an updated case management, and to the extent necessary, shall meet and confer on a JOINT proposed briefing schedule. The parties shall advise the Court whether an in-person conference would be useful.

The Court **SETS** a compliance hearing to be held on **Friday, October 20, 2017** at **2:01 p.m.**, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1. By no later than **October 13, 2017,** the parties shall file either: (a) a JOINT proposed briefing schedule as described above; or (b) a one-page JOINT statement setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint

statement in a timely fashion.  Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated:  September 22, 2017

_____
YVONNE GONZALEZ ROGERS
United States District Judge